# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHESTER HAWKINS**  **PLAINTIFF**
**ADC #165854**

v.  Case No. 4:17-cv-00413-KGB/JTK

**TIM RYALS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this the 31st day of August, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Court Judge